# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 20, 2026

_____

RESPONSE REQUESTED

_____

No. 26-1376,    <u>Maurice Briscoe v. Pathik Rami</u>
              8:25-cv-01184-PX

TO:     Safe Asset Group Limited Partnership
        Pathik  Rami

RESPONSE DUE: 04/27/2026

Response is required to the motion for stay pending appeal on or before 04/27/2026.

C. Halupa, Deputy Clerk
804-916-2702