CHRM

RECEIVED

APR 27 2026

U.S. Court of Appeals
Fourth Circuit

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

Case No. 26-1376

Maurice Briscoe,

Appellant,

v.

Pathik Rami, et al.,

Appellees.

**SUPPLEMENTAL NOTICE OF URGENCY

IN SUPPORT OF MOTION FOR STAY PENDING APPEAL.**

Appellant Maurice Briscoe, proceeding pro se, respectfully submits this Supplemental Notice of Urgency in support of his Motion for Stay Pending Appeal.

I.     PROCEDURAL STATUS

On April 17, 2026, Appellant filed a Motion for Stay Pending Appeal.

On April 20, 2026, this Court issued a notice directing Appellees to respond to the motion, with a response deadline of April 27, 2026.

II.     NEW DEVELOPMENTS CONFIRM URGENCY

Since filing the Motion for Stay, the United States Bankruptcy Court for the District of Maryland has entered an order staying consideration of a Motion for Relief from Automatic Stay and canceling the scheduled hearing.

This confirms:

- The issues on appeal remain active and unresolved

- The lower court recognizes that jurisdiction is impacted by the pending appeal

- Proceedings have been paused pending appellate review

III.    ONGOING AND ESCALATING IRREPARABLE HARM

Appellant continues to suffer immediate and ongoing harm, including:

- Loss of rental income (approximately $6,000 per month)

- Interference with tenant relationships and diversion of rental payments

- Expired 60-day notices affecting occupancy

- Ongoing interference with Appellant's business property located at 1909 W North Avenue, including lockout and disruption of operations

These harms are active, compounding, and cannot be adequately remedied after the fact.

## IV. NEED FOR EXPEDITED CONSIDERATION

Absent immediate relief, Appellant faces continued financial loss and disruption of property and business interests.

Given:

- The pending response deadline

- The bankruptcy court's decision to pause proceedings

- The ongoing harm to Appellant

Appellant respectfully requests expedited consideration of the Motion for Stay Pending Appeal.

## V. CONCLUSION

For the foregoing reasons, Appellant respectfully requests that this Court:

1. Consider this Supplemental Notice of Urgency

2. Expedite review of the Motion for Stay Pending Appeal

3. Grant such further relief as the Court deems appropriate

Respectfully submitted,

4/23-26

/s/ Maurice Briscoe

Maurice Briscoe

9903 Nicol Court West

Mitchellville, MD 20721

301-404-6932

mauricebriscoe@msn.com

Appellant, Pro Se


CERTIFICATE OF SERVICE


I hereby certify that on this 23rd day of April, 2026, a copy of the foregoing Supplemental Notice of Urgency was served on the following:


Merrill Cohen

P.O. Box 53

Harbeson, DE 19951

merrillc@cohenbaldinger.com


Stanford Gann, Jr., Esq.

Levin Gann, P.A.

1 Pennsylvania Avenue

Towson, MD 21204


/s/ Maurice Briscoe

Maurice Briscoe

Maurice Briscoe
9903 Nicol Court W
Mitchellville Maryland
20721

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

*Retail*

UNITED STATES
POSTAL SERVICE

23219

**RDC 99**

9589 0710 5270 1746 7273 19

U.S. POSTA
FCM LETTE
GWYNN OA
APR 23, 20

**$10.4**

S2324E500

RECEIVED
U.S. MARSHALS

US Court of Appeals Fourth Circuit
1100 East Main, St. Suite 501
Richmond, Virginia 23219

23219-353826

...GE PAID
...R
...X, MD 21207
...6

**8**

...132-5

