FILED: May 1, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1376
(8:25-cv-01184-PX)
_____

MAURICE BRISCOE

      Plaintiff - Appellant

v.

PATHIK RAMI; SAFE ASSET GROUP LIMITED PARTNERSHIP

      Defendants - Appellees

and

MERRILL COHEN

      Trustee

_____

O R D E R
_____

Upon consideration of submissions relative to appellant's motion for stay pending appeal and supplemental motion for stay pending appeal, the court denies the motions.

Entered at the direction of Judge Niemeyer with the concurrence of Judge Richardson and Judger Berner.

For the Court

/s/ Nwamaka Anowi, Clerk